SO ORDERED: December 17, 2007.



_____
**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUTO AUCTION ENTERPRISES, INC. | ) | CASE NO. 05-17018-FJO-7 |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| JOANNE B. FRIEDMEYER, | ) | |
| CHAPTER 7 BANKRUPTCY TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ADVERSARY PROCEEDING |
| | ) | NO. 06-50409 |
| AUCTION BROADCASTING | ) | |
| COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT ENTRY**

This matter comes before the Court following trial on the Complaint of Plaintiff Joanne B. Friedmeyer, Chapter 7 Trustee ("Trustee") of Auto Auction Enterprises ("Debtor") against defendant Auction Broadcasting Company, LLC ("Defendant") and the Motion for Judgment on

Partial Findings made in open court by counsel for Defendant.  The Court, being duly advised in the premises, and in accordance with the Findings of Fact and Conclusions of Law on Defendant's Motion for Judgment on Partial Findings entered contemporaneous herewith, determines that judgment should be entered in favor of Defendant and against the Trustee on all claims asserted by the Trustee in this adversary proceeding.  It is therefore,

ORDERED, ADJUDGED and DECREED that judgment be, and hereby is, entered pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of Defendant and against Trustee on all claims asserted by the Trustee, and the Trustee shall have no recovery against Defendant in this adversary proceeding.

###